IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUN -8 AM 10: 58

OFFICE OF THE CLERK

MARY H CLARK,                          )
                                       )
              Plaintiff,               )
                                       )
v.                                     )     Case No. 8:26 CV 259
                                       )
UNITED STATES OF AMERICA,              )
                                       )
              Defendant.               )

COMPLAINT

Plaintiff Mary H Clark, proceeding pro se, for her Complaint against
Defendant United States of America, states as follows:

I. JURISDICTION AND VENUE

1. This action arises under the Federal Tort Claims Act ("FTCA"),
   28 U.S.C. §§ 1346(b), 2671 2680.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §
   1346(b)(1), which grants federal district courts exclusive
   jurisdiction over civil actions for money damages against the
   United States for personal injury caused by the negligent or
   wrongful acts or omissions of federal employees acting within the
   scope of their employment.

3. At all relevant times, employees of the Transportation Security
   Administration ("TSA") were acting within the course and scope of
   their federal employment.

4. Plaintiff exhausted all administrative remedies by filing an
   administrative tort claim with the Transportation Security
   Administration pursuant to 28 U.S.C. § 2675(a).

5. Plaintiff's administrative claim was denied in writing on January
   8, 2026.

6. This action is filed within six months of that denial pursuant to
   28 U.S.C. § 2401(b).

7. Venue is proper in this District following 28 U.S.C. § 1402(b)
   because the events giving rise to this claim occurred in Omaha,
   Nebraska.

1

II. PARTIES

8. Plaintiff Mary H Clark is an adult resident of New Jersey.

9. Defendant United States of America is liable under the Federal Tort Claims Act for the negligent and wrongful acts of its employees acting within the scope of their employment.


III. STATEMENT OF FACTS

10. On or about August 4, 2024, Plaintiff was traveling through the airport in Omaha, Nebraska.

11. Plaintiff was selected for a private security screening conducted by TSA personnel.

12. Plaintiff complied with all instructions and was escorted to a private screening room.

13. During the screening, Plaintiff was instructed by a TSA officer to remove all clothing from the waist down.

14. No additional pat-down or anomaly-based screening procedure was conducted before or after this instruction.

15. As a result of the instruction, Plaintiff was left fully nude and exposed in the private screening room.

16. A second TSA officer was present during the screening.

17. The instruction to disrobe exceeded TSA screening protocol and was not necessary for aviation security purposes.

18. Plaintiff did not consent to such exposure and complied only due to the authority exercised by TSA personnel.

19. Plaintiff suffered humiliation, emotional distress, and personal injury as a result.


IV. COUNT I
Battery (Federal Tort Claims Act - Nebraska Law)

20. Plaintiff incorporates paragraphs 1-19.

21. Under Nebraska law, battery includes intentional and offensive invasion of personal dignity.

22. TSA personnel intentionally instructed Plaintiff to remove all clothing from the waist down, resulting in exposure.

23. The conduct exceeded lawful screening authority.

24. Plaintiff did not voluntarily consent.

25. The conduct constituted an offensive invasion of plaintiff's bodily integrity.

26. As a result, Plaintiff suffered damages.

V. COUNT II
Negligent Supervision and Training

27. Plaintiff incorporates paragraphs 1-26.

28. The United States owed Plaintiff a duty to properly train and supervise TSA screening personnel.

29. TSA failed to adequately supervise and train its officers to prevent unauthorized screening practices.

30. The failure to properly supervise created a foreseeable risk of harm to passengers.

31. As a result of this negligence, Plaintiff suffered damages.

3

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court
enter judgment in her favor and against Defendant United
States of America and award:

A. Compensatory damages in an amount to be determined at trial;

B. Costs of this action as permitted by law;

C. Pre-judgment and post-judgment interest as allowed by law;

D. Such other and further relief as the Court deems just and
   proper.

VII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

Mary H Clark
Plaintiff, Pro Se
404 Jefferson Court
Glendora, New Jersey 08029
Telephone: 402-707-0207
Email: hclark648.mhc61@gmail.com

DATED: May 28, 2026

4

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Clark, Mary H

**DEFENDANTS**
United States of America

**(b)** County of Residence of First Listed Plaintiff **Camden County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Douglas County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Clark, Mary H, Pro Se
404 Jefferson Court, Glendora, NJ 08029
402 707 0207

Attorneys *(If Known)*
Not Applicable, Federal Defendant

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government Defendant
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 340 Marine | Liability | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
"28 U.S.C. § 1346(b) – Federal Tort Claims Act Battery; Negligent Supervision

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE No Related Cases                DOCKET NUMBER

DATE   May 28, 2026

SIGNATURE OF ATTORNEY OF RECORD   Mary H. Clark, Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

Print          Save As          Reset

Pro Se Civil Filing – Complaint and Motions

Clerk of the Court
United States District Court
District of Nebraska

Re: **Mary H Clark v. United States of America**
Pro Se Civil Action Filing

Dear Clerk of Court,

Please find enclosed for filing the following documents submitted by Plaintiff Mary Clark, proceeding pro se:

1. Complaint
2. Civil Cover Sheet (JS-44)
3. Motion to Proceed In Forma Pauperis with supporting AO 240 application
4. Motion for Leave to File Electronically

Kindly file these documents and assign a case number at the Court's convenience. Please advise if any additional information or documentation is required.

Thank you for your time and assistance.

Respectfully submitted,

Mary H Clark
Plaintiff, Pro Se
404 Jefferson Court
Glendora, New Jersey 08029
402-707-0207
hclark648.mhc61@gmail.com]

RECEIVED

JUN - 8 2026

CLERK
U.S. DISTRICT COURT

Retail

PM
DEPTFORD, NJ 08096
JUN 03, 2026

68102

RDC 03

$22.60

S2324K504760-21

# UNITED STATES POSTAL SERVICE

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

# PRIORITY®

9589 0710 5270 2674 1077 92

- Expected delivery date specified for do
- Domestic shipments include $100 of in
- USPS Tracking® service included for d
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

16

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

**USPS.COM/PICKUP**

**FROM:**
Mary H Clark
404 Jefferson Court
Glendora, New Jersey
08029

RECEIVED

JUN - 8 2026

CLERK
U.S. DISTRICT COURT

**TO:**
Clerk of Court
United States District Court
District of Nebraska
Roman L. Hruska U.S Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102
RE: NEW CIVIL COMPLAINT
FTCA - PRO SE FILING



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

**FLAT RAT**

ONE RATE ■ ANY W

To schedule free Package
scan the QR code

USPS.COM/PICKU

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

### VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
United States District Court
District of NEBRaska
Roman L. Hruska US Court house
111 South plaza Suite 1152
Omaha, NE 68102
Ref: New Civil Complaint
FTCA - PRO SE Filing

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9685 5199 7266 21

2. Article Number (Transfer from service label)

9589 0710 5270 2674 1077 92

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                   ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

Mary H Clark
404 Jefferson Court
Omaha, Nebraska 08029

RECEIVED

JUN - 8 2026

CLERK
U.S. DISTRICT COURT

Clerk of Court
United States District Court
District of Nebraska
Roman L. Hruska U.S. Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

RE: NEW CIVIL COMPLAINT
FTCA — PRO SE FILING